In the Matter of the Application to Require HERMAN L.
ROTH, an Attorney, Appellant, to Pay Over to GRACE
V. GROSZ, Respondent, Certain Moneys.

*Matter of Roth*, 156 App. Div. 893, appeal dismissed.
(Argued June 4, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered

May 1, 1913, which affirmed an order of Special Term directing the appellant herein to deposit certain moneys with the chamberlain of the city of New York for the account of the petitioner.

*J. Solon Einsohn* for appellant.

*Louis F. Doyle* for respondent.

Appeal dismissed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HOGAN and MILLER, JJ.  Dissenting: HISCOCK and CHASE, JJ.